**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHARON L. NUSSER, formerly known as )
SHARON L. VINCI, )
                                     )
                 Plaintiff, )
                                       )
             v. )      No. 2:20-cv-1587-WSH
                                       )
TOWNSHIP OF HANOVER, )
SAMUEL EATON, in his individual capacity, )
GEORGE ROBERTS, in his individual capacity, )
and STEVEN ZALUSKI, in his individual )
capacity, )
                                       )
                 Defendants. )

**<u>ORDER</u>**

        AND NOW, this 30th day of August 2022, the Court having been advised by counsel that the above-captioned case has been resolved and that the only matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and it appearing that there is no further action required by the Court at this time;

        IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

        IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

                                          /s/   *W. Scott Hardy*
                                          W. Scott Hardy
                                          United States District Judge

cc/ecf: All Counsel of Record